## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**JIMMY H. COKER**                                                                                    **PLAINTIFF**

**VS.**                                                                       **CIVIL ACTION NO. 4:06CV47LA**

**ROOSEVELT DIXON**                                                                              **DEFENDANT**

## <u>ORDER</u>

This matter came before the court on several Motions filed by the parties to this case, which is set for a pretrial conference on March 12, 2007, and for trial on April 16, 2007.  The discovery deadline expired on December 18, 2006.  Having considered these Motions,

IT IS, THEREFORE, ORDERED, as follows:

1.     The Plaintiff's Motion to Strike Defendants's Designation of Experts is hereby **denied**, for the reasons set out in the court's discussion of Brett Alexander's testimony in its earlier Order.

2.     The Plaintiff's Motion to Expand the Time in which to Set Forth Expert's Opinions is hereby **denied**.

3.     The Plaintiff's Motion to Amend his Complaint is hereby **denied** as untimely.

4.     The Plaintiff's Motion to Extend Time in which to Conduct Discovery, in which he seeks an extension sufficient to permit the Defendant to respond to his discovery requests, is hereby **granted**.  Although the court notes that the Plaintiff has not filed a motion to compel those responses, it appears that they may have already been served.

IT IS SO ORDERED, this the 23rd day of January, 2007.

                                                                         S/Linda R. Anderson
                                                  UNITED STATES MAGISTRATE JUDGE